In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-093 CV


____________________



TAYLOR PUBLISHING COMPANY, Appellant



V.



JOHN ESTRADA AND NANCY ESTRADA, Appellees






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-030272-DC






 MEMORANDUM OPINION 


 The appellant, Taylor Publishing Company, filed a request to withdraw its notice of
appeal. The request for a dismissal of the accelerated appeal is voluntarily made by the
appellant prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. The appeal is dismissed.

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered May 10, 2007

Before Gaultney, Kreger, and Horton, JJ